# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KATRINA GARCIA,<br>    Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 79082 |
| KATRINA GARCIA,<br>    Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 79083 ✓ |

**FILED**

JUL 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from district court orders denying appeals from convictions entered in justice court and remanding for further proceedings. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court has final appellate jurisdiction over cases arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976); *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction to consider these appeals, and

ORDERS these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-29787

cc: Hon. Richard Scotti, District Judge
   Katrina Garcia
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk